1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
3  DIANA S. ERB, ESQ
   Nevada Bar No. 10580
4  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
5  Las Vegas, Nevada 89101
   Telephone:     (702) 634-5000
6  Facsimile:     (702) 380-8572
   Email: ariel.stern@akerman.com
7  Email: jacob.bundick@akerman.com
   Email: diana.erb@akerman.com
8
   *Attorneys for Defendants*
9  *Bank of America, N.A., BAC Home Loans*
   *Servicing, L.P., and ReconTrust Company,*
10 *N.A*

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13

14 RANDI ORZOFF,                          Case No.:  2:10-cv-02202-JCM-GWF

15                 Plaintiff,

16 vs.                                    **ORDER CANCELING LIS PENDENS**

17 BANK OF AMERICA, N.A.; BAC HOME
   LOANS SERVICING, L.P.; RECONTRUST
18 COMPANY, N.A.; and DOES 1-10, inclusive,

19                 Defendants.

20         This court issued an order granting Defendants BANK OF AMERICA, N.A., BAC HOME

21 LOANS SERVICING, L.P., and RECONTRUST COMPANY, N.A. (collectively "Defendants")

22 Motion to Dismiss on April 22, 2011 [Dkt. 18].

23         Defendants request that the lis pendens currently recorded against the subject property by

24 Plaintiff RANDI ORZOFF ("Plaintiff") be canceled.

25         The court finds that Plaintiff recorded a Notice of Lis Pendens ("Lis Pendens") on or about

26 June 4, 2008, as Instrument No. 20080604-0003878 in the real property records maintained by the

27 Clark County Recorder.  A copy of the Lis Pendens is attached hereto at **Exhibit A** and fully

28 incorporated by reference.

{LV029288;1}                                    1

1  Upon consideration of Defendants' request to cancel all of the above referenced Lis Pendens,
2  and good cause appearing therefore, the court hereby grants Defendants their requested relief and
3  rules as follows:

4  1.  It is ordered, adjudged and decreed that all of the above referenced the Lis Pendens is
5  hereby cancelled, released, and expunged.

6  2.  It is further ordered, adjudged and decreed that this order canceling the above
7  referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

8  3.  It is further ordered, adjudged and decreed that Defendants record a properly certified
9  copy of this cancellation order in the real property records of Clark County, Nevada within a
10 reasonable amount of time from the date of this order's issue.

APPROVED:

UNITED STATES DISTRICT JUDGE
Dated: May 18, 2011

Submitted by:

 /s/ Ariel E. Stern
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada  89101

*Attorneys for Defendants*
*Bank of America, N.A., BAC Home Loans*
*Servicing, L.P., and ReconTrust Company,*
*N.A.*

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{LV029288;1}

2